

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00344-CR

---

**LEANDRO BRITO-MARTINEZ, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the 26th District Court
Williamson County, Texas
Trial Court No. 22-1392-K26, Honorable Donna Gayle King, Presiding

---

July 22, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Leandro Brito-Martinez, appeals his conviction for murder[1] and sentence to eighty years of confinement.[2]  Pending before this Court is Appellant's motion seeking to voluntarily dismiss the appeal.  As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by both Appellant and his attorney.  As no decision

---

[1] *See* TEX. PENAL CODE ANN. § 19.02(c).

[2] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

of the Court has been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.